# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 09-48928-399 |
| CARL B HILLEMANN | ) | Chapter 13 |
| JANE M HILLEMANN | ) | |
| | ) | Re: Objection to Claim 22 filed by |
| | ) |    ESTATE OF SHIRLEY HILLEMANN |
| | ) | Acct: |
| | ) | Amount: $17,000.00 |
| **Debtors** | ) | Response Due: February 10, 2012 |
| | ) | |

## TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 22

    COMES NOW John V. Labarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

    The claim filed by ESTATE OF SHIRLEY HILLEMANN dated November 22, 2011 for $17,000.00 was filed after the last day for filing claims in this case which was January 04, 2010, and said claim should be denied.

    WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

    Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: January 20, 2012 | /s/ John V. Labarge, Jr. |
| | John V. Labarge, Jr. |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of January 20, 2012.

                                                                  /s/ John V. Labarge, Jr.

| | |
|---|---|
| CARL B HILLEMANN | ESTATE OF SHIRLEY HILLEMANN |
| JANE M HILLEMANN | 16141 SWINGLEY RIDGE RD #105 |
| 2115 HEATHER GLEN DRIVE | C/O SUSAN HAMRA ATTY |
| CHESTERFIELD, MO  63017 | CHESTERFIELD, MO  63017 |
| | |
| SHERK & SWOPE LLC | |
| 1620 S HANLEY RD | |
| ST LOUIS, MO  63144 | |